PAUL ELDRIDGE, Respondent, v CARMEL CENTRAL SCHOOL DISTRICT BOARD OF EDUCATION et al., Appellants.

Submitted January 17, 2012; decided March 22, 2012

Reported below, 82 AD3d 1147.

Motion for reargument of motion for leave to appeal denied [*see* 18 NY3d 853 (2011)].

In the Matter of HAILEY ZZ., a Child Alleged to be Permanently Neglected. TOMPKINS COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; RICKY ZZ., Appellant.

Submitted March 12, 2012; decided March 22, 2012

Reported below, 85 AD3d 1265.

Motion by Monroe County Department of Social Services for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.

In the Matter of HAILEY ZZ., a Child Alleged to be Permanently Neglected. TOMPKINS COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; RICKY ZZ., Appellant.

Submitted March 19, 2012; decided March 22, 2012

Reported below, 85 AD3d 1265.

Motion by Saratoga County Department of Social Services et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.